IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JERRY LEWIS RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-024 |
| | ) | |
| DR. SHARON LEWIS, Medical Director of GDC; TORRIS M. ROZIER, Senior Investigator at the Inmate Affairs Unit, GDC; BRAD HOOKS, Former Warden of JSP; CHERIE PRICE, Deputy Warden of Care and Treatment; SHAWN EMMONDS, Current Warden at JSP; FNU HALL, Director of Nursing at JSP; SOUTHERN HEALTH PARTNERS; FNU SUTTON, Nurse at JSP; LISA FOUNTAIN, Interim Manager at the Inmate Affairs Unit; FNU BRAGG, Counselor at JSP; LOGAN MARSHALL, Sheriff of McDuffie County, in their Individual and Official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any party who objects to this Report and Recommendation or anything in it must file, not later than November 14, 2016, written objections specifically identifying the portions of the proposed findings and recommendation to which objection is made and the

specific basis for objection.[1]  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on November 15, 2016.  Failure to file specific objections within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights.  <u>Dupree v. Warden</u>, 715 F.3d 1295, 1300 (11th Cir. 2013).

Requests for extension of time to file objections to this Report and Recommendation shall be directed to Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 25th day of October, 2016, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A copy of the objections must be served upon all other parties to the action.