IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JERRY LEWIS RIVERS, )
 )
 Plaintiff, )
 )
v. ) CV 316-024
 )
DR. SHARON LEWIS, Medical Director )
of GDC; TORRIS M. ROZIER, Senior )
Investigator at the Inmate )
Affairs Unit, GDC; BRAD HOOKS, )
Former Warden of JSP; CHERIE PRICE, )
Deputy Warden of Care and Treatment; )
SHAWN EMMONDS, Current Warden )
at JSP; FNU HALL, Director of Nursing )
at JSP; SOUTHERN HEALTH PARTNERS; )
FNU SUTTON, Nurse at JSP; )
LISA FOUNTAIN, Interim Manager at the )
Inmate Affairs Unit; FNU BRAGG, )
Counselor at JSP; LOGAN MARSHALL, )
Sheriff of McDuffie County, in their )
Individual and Official capacities, )
 )
 Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as the opinion of the Court, **DISMISSES** Defendants Lewis, Rozier, Hooks, Price, Southern Health Partners, Fountain, Bragg, and Marshall from this case, **DISMISSES** Plaintiff's claims based on the

alleged deprivation of literacy classes and **DISMISSES** all official capacity claims against remaining Defendants.

SO ORDERED this 18th day of Nov., 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE