IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JERRY LEWIS RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) CV 316-024 |
| SHAWN EMMONS; MITZI HALL; and SHARON SUTTON, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment (doc. no. 29), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this 8th day of March, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE